STATE OF NEW JERSEY v. JOSEPH SMITH, *ET AL.*

March 11, 1975. Motion for leave to appeal from Superior Court, Appellate Division granted.

STATE OF NEW JERSEY v. LEONARD YOUNG.

March 11, 1975. Petition for certification denied.

NATHAN BRAITMAN v. OVERLOOK TERRACE CORP.

March 11, 1975. Petition for certification granted.

PHILIP CAIVANO v.
BOARD OF ADJUSTMENT, TOWNSHIP OF MILLBURN.

March 11, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. OTIS O'NEAL.

March 11, 1975. Petition for certification denied.

JANET ZUVICH v. FRANCES ZUVICH.

March 11, 1975. Petition for certification denied.